# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

SHIRLEY J. LITTLE,

                        **Plaintiff,**

                        v.                              Civil No. 06-1859-AA

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                        **Defendant.**

## JUDGMENT

    This action is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

    Dated: December   12  , 2007.


                                      /s/ Ann Aiken
                            **United States District Judge**